# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:13-cr- ✄3✄ |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR ANDREA ZAMBRANO (ID#) 2594373 |
| vs. | |
| ANDREA ZAMBRANO, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ANDREA ZAMBRANO** before the United States District Court at Las Vegas, Nevada, on or at [I/A & A/P Wed: 12-18-13  3:00 PM  CWH 3C] t the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 10, 2013

_____
UNITED STATES MAGISTRATE JUDGE

```
                                                              ____ FILED      ____ RECEIVED
                                                              ____ ENTERED    ____ SERVED ON
                                                                           COUNSEL/PARTIES OF RECORD

                                                                    DEC 1 0

                                                                  CLERK US DISTRICT COURT
                                                                    DISTRICT OF NEVADA
                                                              BY: _____ DEPUTY
```

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada
   PHILLIP N. SMITH, JR.
3  Assistant United States Attorney
   333 Las Vegas Boulevard South
4  Suite 5000
   Las Vegas, Nevada 89101
5  702-388-6336

6           UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
7                       -oOo-

8  United States of America,          )  Case No.: 2:13-cr- 437
                                      )
9         Plaintiff,                  )  PETITION FOR WRIT OF HABEUS
                                      )  CORPUS AD PROSEDUENDUM FOR
10 vs.                                )  ANDREA ZAMBRANO
                                      )  (ID#) 2594373
11                                    )
   ANDREA ZAMBRANO,                   )
12                                    )
          Defendant.                  )
13                                    )

14        The petition of the United States Attorney for the District of Nevada respectfully shows

15 that **ANDREA ZAMBRANO**, is committed by due process of law in the custody of the

16 Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said

17 **ANDREA ZAMBRANO** be temporarily released under a Writ of Habeas Corpus Ad

18 Prosequendum so that the said **ANDREA ZAMBRANO** may be present before the United

19 States District Court for the District of Nevada, at City, St  I/A & A/P Wed: 12-18-13   at the hour
                                                                  3:00 PM   CWH 3C

20 of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by

21 the said Court.

22        That the presence of the said **ANDREA ZAMBRANO** before the United States District

23 Court on o  I/A & A/P Wed: 12-18-13   at the hour of 3:00 p.m., for arraignment and from time to
              3:00 PM   CWH 3C

24 time and day to day thereafter until excused by the Court has been ordered by the United

|     | |
| --- | --- |
| 1   | States Magistrate or District Judge for the District of Nevada. |
| 2   | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad |
| 3   | Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, |
| 4   | Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding |
| 5   | them to produce the said **ANDREA ZAMBRANO** before the United States District Court on or |
| 6   | I/A & A/P Wed: 12-18-13 3:00 PM CWH 3C    the hour of 3:00 p.m., for arraignment and from time to time and day |
| 7   | to day thereafter, at such times and places as may be ordered and directed by the Court entitled |
| 8   | above, to appear before the Court, and when excused by the said Court, to be returned to the |
| 9   | custody of the Warden, Clark County Detention Center, Las Vegas, Nevada. |
| 10  | DATED this 10 th day of December, 2013. |

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Phillip N. Smith

PHILLIP N. SMITH, JR.
Assistant United States Attorney

2