# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:13-cr- ____ |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR ANTHONY CARTER (ID#) 1964758 |
| vs. | |
| ANTHONY CARTER, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **ANTHONY CARTER** before the United States District Court at Las Vegas, Nevada, on or about ~~I/A & A/P Wed: 12-18-13 3:00 PM CWH 3C~~ hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: December 10, 2013

_____
UNITED STATES MAGISTRATE JUDGE

DANIEL G. BOGDEN
United States Attorney
District of Nevada
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 0 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:13-cr-437 |
| Plaintiff, | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR ANTHONY CARTER |
| vs. | (ID#) 1964758 |
| ANTHONY CARTER, | |
| Defendant. | |

The petition of the United States Attorney for the District of Nevada respectfully shows that **ANTHONY CARTER**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **ANTHONY CARTER** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **ANTHONY CARTER** may be present before the United States District Court for the District of Nevada, at City, State, on I/A & A/P Wed: 12-18-13 3:00 PM CWH 3C iour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said **ANTHONY CARTER** before the United States District Court on or about I/A & A/P Wed: 12-18-13 3:00 PM CWH 3C our of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United

1 | States Magistrate or District Judge for the District of Nevada.

2 | WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **ANTHONY CARTER** before the United States District Court on or about I/A & A/P Wed: 12-18-13 3:00 PM CWH 3C ,ur of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 10 th day of December, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*[signature]*

PHILLIP N. SMITH, JR.
Assistant United States Attorney

2